# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00205-BNB

KEVIN HIGGENS,

    Plaintiff,

v.

STATE OF COLORADO,
COLORADO DEPT. OF CORRECTIONS, CDOC,
ARROWHEAD CORRECTIONAL CENTER, ACC,
CORRECTION CORP. OF AMERICA, CCA,
HURFANO [sic] COUNTY CORRECTIONAL CETNER, HCCC,
ACC, PHYSICIAN'S ASSISTANT TRAVIS,
ACC, REGISTERED NURSE MARTHA,
HCCC, BOBBY JO TRAHILL, MED. DEPT. ADMIN.
HCCC, PHYSICIAN'S ASST. VIGIL,
HCCC, UNIT MANAGER RENNER,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR - 1 2006

GREGORY C. LANGHAM
              CLERK

---

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on the motion titled "Motion for Expansion of Time With Petition for Documentation" submitted *pro se* by Plaintiff Kevin Higgins and filed with the Court on February 27, 2006. To the extent Plaintiff asks for the Court to accept a sworn statement as to the activity on his account instead of a certified copy of his trust fund account statement, the motion is DENIED. Subsection (a)(2) of 28 U.S.C. § 1915 requires submission of "a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which the prisoner is or was confined." Therefore, the facility where Mr. Higgins is incarcerated is required to provide such a copy to him.

    To the extent Mr. Higgins asks for additional time in which to submit the amended complaint on the proper form as ordered on February 6, 2006, the motion is GRANTED. Plaintiff will be allowed **thirty (30) days from the date of this minute order** in which to submit his amended complaint as directed. To the extent Mr. Higgins ask for the original or a copy of the complaint he originally filed, the motion is DENIED. Plaintiff is advised that he should not submit to the Court any documents he may want copies of because the Court's electronic filing system does not allow the Court to

maintain paper copies. Plaintiff may obtain copies of the electronic documents in this action at a cost of fifty cents per page, to be paid in advance.

Dated: March 1, 2006

Copies of this Minute Order mailed on March 1, 2006, to the following:

Kevin Higgins
Prisoner No. 120687
Huerfano County Corr. Center
304 Ray Sandoval Street
Walsenburg, CO 81089

_____
Secretary/Deputy Clerk