# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00205-ZLW

KEVIN HIGGENS,

    Plaintiff,

v.

STATE OF COLORADO,
COLORADO DEPT. OF CORRECTIONS, CDOC,
ARROWHEAD CORRECTIONAL CENTER, ACC,
CORRECTION CORP. OF AMERICA, CCA,
HUERFANO COUNTY CORRECTIONAL CENTER, HCCC,
ACC, PHYSICIAN'S ASSISTANT "TRAVIS,"
ACC, REGISTERED NURSE "MARTHA,"
HCCC, BOBBY JO TRAHILL, MED. DEPT. ADMIN,
HCCC, PHYSICIAN'S ASST. "VIGIL," and
HCCC, UNIT MANAGER, "RENNER,"

    Defendants.

---

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    This matter is before the Court on the motion for extension of time submitted by Plaintiff Kevin Higgins and filed with the Court on June 16, 2006. In an order filed on June 9, 2006, the complaint and the instant action were dismissed without prejudice for Plaintiff's failure within the time allowed to pay an initial partial filing fee of $9.00 or to show cause why he has no assets and no means by which to pay the designated initial partial filing fee. Therefore, the motion for extension of time is DENIED as moot. The clerk of the Court is directed to mail a copy of this minute order to Mr. Higgins at his new address at the Colorado Territorial Correctional Facility, P.O. Box 1010, Cañon City, CO 81215-1010.

Dated: June 20, 2006

Copies of this Minute Order mailed on June 20, 2006, to the following:

Kevin Higgens
Prisoner No. 120687
CTCF
PO Box 1010
Canon City, CO 81215- 1010

Secretary/Deputy Clerk